```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
```

In re:                                                                 Case No. 18-00332-HWV
Janirette C. Vargas                                                    Chapter 7
Natalie L. Dozier
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1              User: AutoDocke              Page 1 of 1              Date Rcvd: Jul 09, 2020
                                  Form ID: fnldec              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2020.
db              +Janirette C. Vargas,    5 Monterey,    Hershey, PA 17033-2229
jdb            #+Natalie L. Dozier,    5 Monterey,    Hershey, PA 17033-2229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2020 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor 2 Natalie L. Dozier cjulius@ljacobsonlaw.com,
               creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              Chad J. Julius    on behalf of Debtor 1 Janirette C. Vargas cjulius@ljacobsonlaw.com,
               creed@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              David A Scott    on behalf of Creditor    Nissan - Infiniti LT. Inc. scott@lg-law.com
              James Warmbrodt    on behalf of Creditor    Nissan Motor Acceptance Corporation
               bkgroup@kmllawgroup.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com,  PA39@ecfcbis.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Janirette C. Vargas,<br>**Debtor 1**<br>Natalie L. Dozier,<br>**Debtor 2** | Chapter 7<br>Case No. 1:18−bk−00332−HWV |

Social Security No.:
            xxx−xx−5589       xxx−xx−9326

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

           **Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: July 9, 2020          By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

**fnldec** (05/18)